*Friday, January 11, 2002*

## MOTION DOCKET

**86–512.  State v. Byrd.**
Hamilton App. No. C–830676. On January 7, 2002, the United States Court of Appeals for the Sixth Circuit entered an order rescinding the stay of execution previously issued by that court in case No. 01–3927, *In re John W. Byrd, Jr.* On January 8, 2002, appellee filed with this court a motion to set execution date, and on January 10, 2002, appellant filed a memorandum opposing motion to set execution date.

Upon notice that the mandate in case No. 01–3927 has been issued by the United States Court of Appeals for the Sixth Circuit,

IT IS ORDERED by the court, *sua sponte,* that appellant's sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Tuesday, the 19th day of February, 2002, in accordance with the statutes so providing.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that the Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Hamilton County.

**01–81.  Univ. Hosp. of Cleveland v. Lynch.**
Cuyahoga App. Nos. 77129 and 77134. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of the motion of appellee and appellees/cross-appellants to extend time for oral argument scheduled for January 30, 2002, to thirty minutes per side,

IT IS ORDERED by the court that the motion to extend time for oral argument be, and hereby is, denied.

**01–1886.  State ex rel. St. Clement of Ohrid Macedonian Orthodox Church v. McGough.**
Lorain App. No. 01CA007787. This cause is pending before the court as an appeal from the Court of Appeals for Lorain County. Upon consideration of the appellants' motion for extension of time to file appellants' merit brief in this case pending settlement pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellants' merit brief is due on or before January 28, 2002.

*Monday, January 14, 2002*

## MEDIATION DOCKET

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**01–1613.  SCIT, Inc. v. Cuyahoga Cty. Bd. of Revision.** Board of Tax Appeals No. 97–E–675.

**01–1634.  State ex rel. Capitol Mfg., Div. of Harsco Corp. v. Johnson.** Franklin App. No. 00AP–1100.

**01–1712.  State ex rel. Graf v. Sears Roebuck & Co.** Franklin App. No. 00AP–1380.

**01–1946.  State ex rel. Qiblawe v. Indus. Comm.** Franklin App. No. 01AP–15.

**01–2084.  State ex rel. McCorkle v. Medley.** In Procedendo.

**01–2263.  LTC Ohio, Inc. v. Franklin Cty. Bd. of Revision.** Board of Tax Appeals No. 99–T–1993.

## MOTION DOCKET

**99–1249.  State v. Gross.**
Muskingum App. No. CT96055. This cause is pending before the court as a death penalty appeal from